# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNDERCOVER, INC. AND LAURMARK ENTERPRISES, INC. d/b/a BAK INDUSTRIES, <br><br> Plaintiffs, <br><br> v. <br><br> ROUGH COUNTRY, LLC, <br><br> Defendant. | No. 24-cv-1093-SHL-jay |

## ORDER TRANSFERRING CASE

The above case is hereby transferred to United States District Judge S. Thomas Anderson for all further proceedings.

**IT IS SO ORDERED,** this 29th day of July, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE